Honorable James L. Robart *JLR*

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MON, L.L.C., <br><br> Plaintiff, <br><br> v. <br><br> M/V BLUE GOOSE, HIN CCBMH053097374, her engines, tackle, furniture, equipment, appurtenances, gear, etc., *in rem*, and PATRICK FIKE, *in personam*, <br> Defendants. | IN ADMIRALTY AND AT LAW <br><br> NO. C19-0483JLR *JLR* <br><br> ORDER DIRECTING CLERK TO ISSUE WARRANT FOR ARREST |

The Court having reviewed plaintiff's Amended Verified Complaint (Dkt. #5) and Motion (Dkt. #5-2) and finding that conditions for an action *in rem* appear to exist, *JLR*

///
///
///
///
///
///
///

ORDER DIRECTING CLERK TO ISSUE WARRANT FOR ARREST - 1

Law Offices Of
**ROBERT A. GREEN, INC., P.S.**
PO Box 40179
Bellevue, WA 98015
(206) 713-7930 Phone
Email: Robert@rgreenlaw.com

**IT IS HEREBY ORDERED** that the Clerk of this Court shall issue a Warrant for Arrest of the M/V BLUE GOOSE, HIN CCBMH053097374, her engines, tackle, equipment, appurtenances, gear, etc., and deliver said Warrant to the United States Marshal for service.

**DATED** this 10th day of April, 2019.

_____
UNITED STATES DISTRICT COURT JUDGE
James L. Robart

**PRESENTED BY:**

**LAW OFFICES OF ROBERT A. GREEN, INC., P.S.**

_____
**ROBERT A. GREEN**, WSBA NO. 12659
Attorney for Plaintiff
PO BOX 40179
Bellevue, WA. 98015
(206)-713-7930
Robert@rgreenlaw.com

ORDER DIRECTING CLERK TO ISSUE WARRANT FOR ARREST - 2

Law Offices Of
ROBERT A. GREEN, INC., P.S.
PO Box 40179
Bellevue, WA 98015
(206) 713-7930 Phone
Email: Robert@rgreenlaw.com