Hon. James L. Robart

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MON, L.L.C.,<br><br>Plaintiff,<br><br>v.<br><br>M/V BLUE GOOSE, HIN CCBMH053097374, her engines, tackle, furniture, equipment, appurtenances, gear, etc., *in rem*, and PATRICK FIKE, *in personam*,<br><br>Defendants. | **IN ADMIRALTY AND AT LAW**<br><br>NO. 2:19-CV-00483-JLR<br><br>ORDER OF DEFAULT JUDGMENT IN REM AGAINST DEFENDANT M/V BLUE GOOSE<br><br>~~(PROPOSED)~~ |

The Court having considered the Ex Parte Motion of Mon, L.L.C. ("Mon") for Default Judgment against the *in rem* Defendant M/V BLUE GOOSE (the "Vessel"), and having reviewed said motion and the Affidavit of Counsel submitted in support thereof, and being fully apprised in the premises and finding that notice has been given and that no one has (i) appeared on behalf of the Vessel; (ii) filed a Claim of Ownership/Interest in the Vessel; or (iii) filed an Answer or Complaint in Intervention,

Law Offices of
ROBERT A. GREEN, INC., P.S.
PO Box 40179
Bellevue, WA 98015
(206) 713-7930
robert@rgreenlaw.com

IT IS NOW HEREBY ORDERED THAT:

The M/V BLUE GOOSE, HIN CCBMH053097374 and all persons who might have appeared; filed a Claim of Ownership/Interest in the *in rem* Defendant Vessel; or filed an Answer or Complaint in Intervention are in Default.

Dated this 7th day of June, 2019. ~~this ___ day of June, 2019~~.

_____
United States District Judge
James L. Robart

Submitted by:

Law Offices of Robert A. Green, Inc., P.S.
s/Robert A. Green WSBA # 12659
Attorney for Plaintiff
PO. Box 40179
Bellevue, WA 98015
(206) 713-7930
Robert@rgreenlaw.com

Law Offices of
ROBERT A. GREEN, INC., P.S.
PO Box 40179
Bellevue, WA 98015
(206) 713-7930
robert@rgreenlaw.com

Order for Default Judgment *in rem*- Mon, LLC v. BLUE GOOSE et.al. 2:19-CV-00483JLR – Page 2