Hon. James L. Robart

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MON, L.L.C.,<br><br>Plaintiff,<br><br>v.<br><br>M/V BLUE GOOSE, HIN CCBMH053097374, her engines, tackle, furniture, equipment, appurtenances, gear, etc., *in rem*, and PATRICK FIKE, *in personam*,<br><br>Defendants. | **IN ADMIRALTY AND AT LAW**<br><br>NO. 2:19-CV-00483-JLR<br><br>ORDER OF SALE OF THE M/V BLUE GOOSE<br><br>~~(PROPOSED)~~  |

The Court having considered the Ex Parte Motion of Mon, L.L.C. ("Mon") for Order of Sale of the *in rem* Defendant M/V BLUE GOOSE (the "Vessel"), and having reviewed said motion and finding that an Order of Default Judgment *in rem* was entered on June 7, 2019 against the Vessel and all persons who might have appeared; filed a Claim of Ownership/Interest in the Vessel; or filed an Answer or Complaint in Intervention (Dkt 15) and being otherwise fully apprised in the premises,

IT IS NOW HEREBY ORDERED AS FOLLOWS:

1. That Mon has a valid maritime lien against the Vessel in the amount of $8,935 and that said lien is superior in rank and priority to all other liens, claims and encumbrances against the Vessel whatsoever, with the exception of Claims in *custodia legis* ($6,866) and administration expenses ($3,417).

2. That Mon has Judgment *in rem* against the Vessel and that its maritime lien against the Vessel be foreclosed, and the Vessel condemned and sold by the U.S. Marshal, with the proceeds to be first applied to pay or reimburse expenses of *custodia legis* and administrative expenses and then to pay Mon's judgment *in rem*.

3. That the U.S. Marshal sale of the Vessel be scheduled on a date acceptable to the U.S. Marshal and shall be conducted in accordance with LAR 145 and LAR 150.

4. That Mon shall be entitled to bid all or any part of its judgment *in rem* plus expenses of *custodia legis* and administrative expenses as a credit bid in lieu of cash at the sale.

Dated this 13th day of June, 2019.

_____
United States District Judge

Submitted by:
Law Offices of Robert A. Green, Inc., P.S.
s/Robert A. Green WSBA # 12659
Attorney for Plaintiff
PO. Box 40179
Bellevue, WA 98015
(206) 713-7930
Robert@rgreenlaw.com