1

2

3

4

5

6

7

8

9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| 10   MON, L.L.C., | CASE NO. C19-0483JLR |
| 11                        Plaintiff, | ORDER DIRECTING STATUS |
| 12            v. | REPORT |
| 13   M/V BLUE GOOSE, et al., | |
| 14                        Defendants. | |

15     This matter comes before the court *sua sponte*.  On June 7, 2019, the court granted

16   default judgment *in rem* against Defendant M/V Blue Goose ("the Vessel").  (6/7/19

17   Order (Dkt. # 15) at 2.)  On June 13, 2019, the court granted Plaintiff Mon, L.L.C.'s

18   ("Mon") motion for order of sale of the Vessel.  (6/13/19 Order (Dkt. # 17) at 2.)  On

19   June 19, 2019, the United States Marshals Office completed the sale of the Vessel.  (*See*

20   Return of Serv. (Dkt. # 18) at 1-2.)  Since the sale of the Vessel, there have been no

21   additional filings in this matter.  (*See generally* Dkt.)

22   //

ORDER - 1

1    The court ORDERS Mon to file a status report indicating (1) the status of the

2  matter, (2) what steps are necessary to bring this matter to closure, and (3) any remaining

3  issues that the Mon believes it should bring to the attention of the court.  Mon's status

4  report shall not exceed five pages in length and shall be filed no later than 14 days from

5  the filing date of this order.

6    Dated this 20th day of July, 2020.

7

8

9    JAMES L. ROBART
     United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

ORDER - 2